UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL DAVIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>J. PENA, et al.,<br><br>                    Defendants. | No. 1:22-cv-00114-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 9, 10) |

    Plaintiff Cornell Davis is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 2, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $402.00 filing fee in full to proceed with this action. (Doc. No. 9.) Specifically, the assigned magistrate judge concluded that plaintiff's trust account had an available credit of $764.60 and therefore payment of the filing fee would not deplete plaintiff's account. (*Id.* at 2.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen (14) days after service. (*Id.*) On February 18, 2022, plaintiff filed a "Motion for Recommendation to Grant Plaintiff's Motion to

1

Proceed *In Forma Pauperis*." (Doc. No. 10.)  The court construes this motion as plaintiff's objections to the pending findings and recommendations.  In his objections, plaintiff asserts that while he does have the money to pay sufficient to pay the filing fee in connection with this action, that money is needed to demonstrate his fitness as a parent.  (*Id.*)  Notwithstanding how plaintiff intends to use his funds, his trust account indicates that he is not indigent and has the ability to pay the filing and administrative fees in the amount of $402.00.  (*See* Doc. No. 7.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 2, 2022 (Doc. No. 9) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Within forty-five (45) days from the date of service of this order, plaintiff shall pay the required filing fee of $402.00 in full to proceed with this action; and
4. Failure to pay the filing fee within the allotted time will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **March 6, 2022**

UNITED STATES DISTRICT JUDGE

2